O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-0833 AHM (x) | Date | June 12, 2009 |
|---|---|---|---|
| Title | LA PRINTEX INDUSTRIES, INC. V. DILLARD'S, INC., ET AL. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Kendra Bradshaw | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: | |

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

    Plaintiff LA Printex Industries, Inc. ("LA Printex") filed this copyright action on February 7, 2008. The case is currently set for a five day jury trial on June 30, 2009 and a pre-trial conference on June 15, 2009. For the reasons set forth below, the Court vacates the pre-trial conference and trial dates and orders Plaintiff to show cause why this action should not be dismissed.

    Plaintiff has repeatedly failed to comply with this Court's orders. On August 18, 2008, the Court held a scheduling conference at which it ordered that "[w]ithin one week following conclusion of the [mandatory] mediation, plaintiff shall file another status report notifying the Court of the outcome." Docket No. 16. On that same day, the Court issued a Scheduling and Case Management Order, in which it set March 30, 2009 as the last day to conduct the settlement conference. Docket No. 17. On August 28, 2008, Plaintiff filed a status report stating that the parties selected an attorney settlement officer, and informed him of the date mediation must be completed. However, Plaintiff never filed a status report on whether the mediation was ever held, let alone a report on its outcome.

    In the Court's August 18, 2008 Order it also stated that the proposed Pre-Trial Conference Order ("PTCO") "shall be lodged seven calendar days before the [Pre-Trial Conference]." Docket No. 17 at 10. That Order also stated that "[t]he parties must comply fully with the requirements of Local Rule 16. They shall file carefully prepared Memoranda of Contentions of Fact and Law (which may also serve as the trial brief), along with their respective Witness Lists and Exhibit Lists, all in accordance with Local Rule 16." *Id.* at 11. Plaintiff has failed to comply both with this Court's August 18, 2008 Order, and with this district's local rules, as it has filed none of the required pre-trial

O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-0833 AHM (x) | Date | June 12, 2009 |
|---|---|---|---|
| Title | LA PRINTEX INDUSTRIES, INC. V. DILLARD'S, INC., ET AL. | | |

documents.

The August 18, 2008 Order stated, in bolded language:

**Consequences of Non-Compliance.  If counsel fail to file the required Pre-Trial documents or fail to appear at the Pre-Trial Conference and such failure is not otherwise satisfactorily explained to the Court, (a) the cause shall stand dismissed for failure to prosecute, if such failure occurs on the part of the plaintiff, (b) default judgment shall be entered if such failure occurs on the part of the defendant; or (c) the Court may take such action as it deems appropriate.**

*Id.* at 12.  *See also* Local Rule 16-7.1 ("*Plaintiff shall lodge* the Final Pretrial Conference Order with the Clerk eleven (11) days before the date set for the Final Pretrial Conference." (emphasis added).)

In light of the above, the Court VACATES the pre-trial conference and the trial dates, and ORDERS LA Printex to SHOW CAUSE in writing by not later than June 22, 2009 why this case should not be dismissed for failure to prosecute, failure to comply with this Court's orders, and failure to comply with this district's local rules.

:

Initials of Preparer           KB